IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Henderson, Thomas G

Printed: 5/20/08

Case Number: 06 B 07868
Judge: Hollis, Pamela S
Filed: 7/5/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 24, 2008
Confirmed: September 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 21,756.00 |  |
| Secured: |  | 19,192.41 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,456.20 |
| Trustee Fee: |  | 1,099.90 |
| Other Funds: |  | 7.49 |
| Totals: | 21,756.00 | 21,756.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,456.20 | 1,456.20 |
| 2. | HomeComings Financial Network | Secured | 16,157.76 | 12,430.88 |
| 3. | CitiFinancial Mortgage | Secured | 3,100.00 | 2,170.00 |
| 4. | HomeComings Financial Network | Secured | 25,220.00 | 4,513.17 |
| 5. | CitiFinancial Mortgage | Secured | 478.00 | 78.36 |
| 6. | ADDN Management LLC | Unsecured | 208.94 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 73.19 | 0.00 |
| 8. | Capital One | Unsecured | 122.80 | 0.00 |
| 9. | Associated St James Radiologis | Unsecured |  | No Claim Filed |
| 10. | Nicor Gas | Unsecured |  | No Claim Filed |
| 11. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 12. | Department of Veteran Affairs | Unsecured |  | No Claim Filed |
| 13. | Ameritech | Unsecured |  | No Claim Filed |
| 14. | Well Group Health Partners | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 46,816.89 | $ 20,648.61 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 596.00 |
| 5.4% | 503.90 |
|  | _____ |
|  | $ 1,099.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Henderson, Thomas G | Case Number:  06 B 07868 |
| | Judge:  Hollis, Pamela S |
| Printed:  5/20/08 | Filed:  7/5/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                          Marilyn O. Marshall, Trustee, by:

